IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) |
| v. | ) Case No. 08-C-0192-C |
| BRIAN S. JOHNSON, | ) |
| Respondent. | ) |

**ORDER OF DISMISSAL**

---

Petitioner's motion to dismiss on the ground that respondent has fully complied with the summons that is the subject of this action is hereby granted.

IT IS ORDERED that this action is DISMISSED.

Dated this 18th day of August, 2008.

BY THE COURT

*Barbara B. Crabb*

Honorable Barbara B. Crabb
District Judge